RECEIVED
FEB -5 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATE DISTRICT COURTS NORTHERN DISTRICT ILLINOIS

Plaintiff Keenan Brown

( 
( Judges
(

Vs

Defendant McDonalds' Restaurants Inc's

1:20-cv-00851
Judge Matthew F. Kennelly
Magistrate Judge Young B. Kim

## COMPLAINTS

On the date of October 24th, 2019 around 9:43 I visit the local McDonald restaurant to fulfill my appetite I parked my car in the park in lot I walk inside the restaurant. Though I was under the weather, feeling sick I wanted to have a better experience dinning instead of taking out.
As I approached the cashier counter with a smile and kind words but, I was not greeted in fact the defendant acted in reckless" behavior
In which employee has chosen to discriminate as practiced bad behavior unlawful acts.

I continue to proceed ordering two deluxe burgers and two hot tea beverage to complete my order after order taken the defendant has chosen to **negligently intentionally wrongfully.** Chosen to humiliate plaintiff by improper service failing to follow store policy when services plaintiff.

The defendant chosen to first bring two boiling hot tea water with no lid tray holder or caution warning signs to let the plaintiff to be careful and aware of tea beverage then later defendant pace back in forth plotting his unlawful conduct to toss steaming hot tea at the customer due his ethnicity being African American male.

The defendant chosen not to check the temperature of the steaming boiling hot tea beverage in which the level was above 180 to 190 degrees. The defendant decided to through the hot beverage at plaintiff without reason. Defendant was not apologetic, and in which lead to plaintiff

2/5/20

receiving a serious burned injures. Plaintiff yelled very loudly while the defendant chosen not to be apologetic about his actions of unlawful conduct.

Management and the Claim Department was careless racist as well showing signs of and discrimination along with refusing to help plaintiff in need. Store managers has failed to accommodate as well reach out to plaintiff to check on the condition of plaintiff burned injuries.

The video surveillance camera photoaged shows the reckless behavioral intent of the defendant chosen to neglect to improperly services the plaintiff while ordering while discriminating toward plaintiff.

The plaintiff has filed a police report due to his unlawful unpleasant experience at the McDonald Restaurant. Pro si litigant is seeking that justice in Federal court be served on his behalf due to damages pain and suffering the defendant has caused in plaintiff life for practicing unlawful reckless behavioral acts that lead to burning the customer when purchasing his meal.

2/5/20

ORDER - BLANK

| STATE OF ILLINOIS | UNITED STATES OF AMERICA | 2116 (Rev. 2/16) |
|---|---|---|
| | IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT | COUNTY OF DU PAGE |

Brown

vs

McDonalds Restaurants of Illinois, Inc.

CASE NUMBER: 19 L 1295

File Stamp Here

## ORDER

This cause coming before the Court; the Court being fully advised in the premises, and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED:** Pro se plaintiff, Keenan Brown, present in Court and counsel for McDonalds Restaurants of Illinois, Inc present,

① This case is dismissed without prejudice - with plaintiff granted leave to file an action in federal court, pursuant to plaintiff's motion.

② The future dates of February 19, 2020 and May 5, 2020 are stricken.

Signature of Plaintiff: [signature]

Name: Cremer Spina / Rachel L. Oliver ☐ PRO SE
DuPage Attorney Number: 6313647
Attorney for: Defendant
Address: 1 N. Franklin 10th Floor
City/State/Zip: Chicago IL 60606
Telephone Number: 312 726 8000
Email: roliver@cremerspina.com

ENTER:

_____
Judge

Date: _____

CHRIS KACHIROUBAS, CLERK OF THE 18